# AFFIDAVIT OF SERVICE

Index # 08 CIV 6561
Date Purchased: **July 23, 2008**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483-2990
ADDRESS: 3 SURREY LANE  HEMPSTEAD  NY  11550   File No.:

*The Trustees of the Operative Plasterers and Cement Masons' International Association Local 262 f/k/a*
*Plaintiff(s)/Petitioner(s)*
vs.
*Golden Development and Construction Corp. and Anthony Clouden d/b/a Golden Development and Construction Corp.,*
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____CURTIS WARREN_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  August 6, 2008  at  10:03 AM  at  26 Court Street Suite 1801 Brooklyn, NY 11242 , deponent served the within **Summons, Fed. R. CIV 7.1 and Complaint**

with Index Number  08 CIV 6561 , and Date Purchased  July 23, 2008  endorsed thereon,
on: **Golden Development and Construction Corp** , **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering to and leaving with  **ANNIE ANTHONY - SECRETARY**  and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _Female_   Color of skin _Brown_   Color of hair _Black_   Age _21 - 35 Yrs._   Height _5' 4" - 5' 8"_   Weight _131 - 160 Lbs._   Other Features: _____

**#8 WIT FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this  14  day of  August, 2008

_____      _____      _____      CURTIS WARREN
BARBARA A SHURGIN             STEVEN M SHURGIN               STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York   NOTARY PUBLIC, State of New York   NOTARY PUBLIC, State of New York   Server's Lic # 0870667
No. 30-5004737, Qualified in Nassau County   No. 01SH6190498, Qualified in Nassau County   No. 01GA6190672, Qualified in Nassau County   Work Order # 0835766
Commission Expires November 23, 2010   Commission Expires July 28, 2012   Commission Expires July 28, 2012

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382