**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

| | |
|---|---|
| | Date Purchased: __July 23, 2008__ |
| | Date Filed: _____ |
| | Court Date: _____ |

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd    PH: 516-483-2990
ADDRESS: 3 SURREY LANE HEMPSTEAD NY 11550   File No.:

*The Trustees of the Operative Plasterers and Cement Masons' International Association Local 262 f/k/a*

Plaintiff(s)/Petitioner(s)

vs.

*Golden Development and Construction Corp. and Anthony Clouden d/b/a Golden Deveiopment and Construction Corp.,*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____CURTIS WARREN_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ___August 6, 2008___ at ___10:03 AM___

at _____26 Court Street Suite 1801 Brooklyn, NY 11242_____, deponent served the within

**Summons, Fed. R. CIV 7.1 and Complaint**

with Index Number _____08 CIV 6561_____ , and Date Purchased _____July 23, 2008_____ endorsed thereon,

on: **Anthony Clouden d/b/a Golden Development and Construction Corp.** , **Defendant** therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]   By delivering a true copy of each to ___ANNIE ANTHONY - SECRETARY___ a person of suitable age and discretion. Said premises is recipient's [ X ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]   On _____August 8, 2008_____, deponent completed service under the last two sections by depositing a copy of the _____Summons, Fed. R. CIV 7.1 and Complaint_____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on _____ day of _____ at _____

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex _Female_   Color of skin _Brown_   Color of hair _Black_   Age _21 - 35 Yrs._   Height _5' 4" - 5' 8"_ Weight _131 - 160 Lbs._   Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER**

Sworn to before me on this ___14___ day of ___August, 2008___

*CWan*

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

CURTIS WARREN
Server's Lic # 0870667
Work Order # 0835767

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*